

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 15, 2020

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re:    *Devapriya, et al. v. Barr, et al.*, No. 20 Civ. 5605 (RA)

Dear Judge Abrams:

    This Office represents the government in this action in which plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to take action on their respective Applications for Naturalization (Form N-400). On behalf of the government, I write respectfully to request that the initial conference presently scheduled for September 24, 2020 be adjourned to a date at least one week after October 23, 2020.

    By way of background, this Office was served with a copy of the complaint on August 24, 2020. Thus the government's response to the complaint is due October 23, 2020. *See* Fed. R. Civ. P. 12(a)(2). The adjournment is respectfully requested in light of the October 23 response date, in order to allow the government sufficient time to investigate the facts and circumstances of the case and formulate its position in this litigation. The government thus respectfully submits that the requested adjournment is in the interests of judicial efficiency and conservation of resources. This is the government's first request to adjourn the initial conference. Plaintiff's counsel consents to this request.

    I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   *s/ Simon Nakajima*
SIMON NAKAJIMA
Special Assistant United States Attorney
Telephone: (212) 637-2770
Facsimile: (212) 637-2786
E-mail: simon.nakajima@usdoj.gov

---

Application granted. The initial conference scheduled for September 24, 2020 is hereby adjourned to October 29, 2020 at 3:00 p.m. The parties' joint letter and proposed case management plan shall be filed no later than October 22, 2020.

SO ORDERED.

Hon. Ronnie Abrams
9/16/2020

cc: Counsel of record (via ECF)